IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA GIFFORD | **STIPULATION OF DISMISSAL** |
| Plaintiff, | |
| v. | CIVIL ACTION |
| NYSARC, INC. d/b/a THE ARC NEW YORK and HERKIMER COUNTY CHAPTER OF NYSARC, INC. d/b/a ARC HERKIMER | No. 17-0923 |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the parties, that no party being an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is dismissed and discontinued with prejudice and without costs as to either party.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be filed in counterparts, and that facsimile or photocopy signatures shall be deemed acceptable and treated as originals.

/s/ Adam C. Lease
Adam C. Lease
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215) 639-0801
*Attorneys for Plaintiff*

Richard K. Muser
Clifton, Budd & DeMaria, LLP
The Empire State Building
350 Fifth Avenue, Suite 6110
New York, NY 10118
(212) 687-7410
*Attorneys for Defendants*

IT IS SO ORDERED:

David N. Hurd
United States District Judge

Dated: April 26, 2018
Utica, NY